NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERVIN MURRAY,                                )
                                             )
        Appellant,                           )
                                             )
v.                                           )        Case No. 2D17-2163
                                             )
STATE OF FLORIDA,                            )
                                             )
        Appellee.                            )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Bryant A. Scriven of Scriven Law P.A.
Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

LaROSE, C.J., KELLY, and SALARIO, JJ., Concur.